IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

**BRUCE MULLEN,**                                              **3:15-CV-02021-BR**

               **Plaintiff,**                              **JUDGMENT OF DISMISSAL**

**v.**

**FAY SERVICING LLC,**

               **Defendant.**

Based on the Joint Motion to Dismiss (#21) issued February 12, 2016, the Court grants this motion, and therefore, **DISMISSES** this matter **with prejudice**, but without an award of any costs or attorney fees to either party.

IT IS SO ORDERED.

DATED this 17th day of February, 2016.

                                                      /s/ ANNA J. BROWN
                                                      ANNA J. BROWN
                                                      United States District Judge

Judgment